**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James Edward SMITH, a/k/a Smitty, a/k/a Dumptruck Smitty, Defendant–Appellant.**

No. 00–7562.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 19, 2001.

Decided April 19, 2001.

James Edward Smith, pro se. Sara Elizabeth Flannery, Office of the United States Attorney, Richmond, VA, for appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

PER CURIAM.

James Edward Smith seeks to appeal the district court's order denying his motion that it construed as filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Smith,* Nos. CR–90–71; CA–00–696–3 (E.D.Va. Oct. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*